NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIMBERLY A. FORD-CLIFTON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3103

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. CH0752090381-C-1 and CH0752090381-I-1.

---

## ON MOTION

---

## ORDER

Kimberly A. Ford-Clifton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Kimberly A. Ford-Clifton
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2011

JAN HORBALY
CLERK